**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen,         )
                            )
        Petitioner,       )
                            )
v.                        )   Case No. _____
                            )
Charles Daniels,       )
        Warden,         )   **2   16-cv-0257 JMS -MJD**
                            )
        Respondent.     )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Eric John Montroy, counsel for

Petitioner Billie Jerome Allen, for leave to appear and participate *pro hac vice* in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, GRANTED.

Applicant's contact information should be entered as follows:

        Eric Montroy
        Assistant Federal Defender
        Federal Community Defender Office
         for Eastern District of Pennsylvania
        601 Walnut Street, Suite 545 West
        Philadelphia, PA 19106
        (215) 928-0520
        Fax: (215) 928-0826
        Eric_Montroy@fd.org

Dated: _____             _____

                                         United States District Court
                                         Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail:
        Eric Montroy
        Federal Community Defender Office
         for Eastern District of Pennsylvania
        601 Walnut Street, Suite 545 West
        Philadelphia, PA 19106