**FILED**
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA 16 JUN 24  PM 1: 28

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Billie Jerome Allen,                       )
                                           )
            Petitioner,                     )
                                           )
v.                                          )    2:16.-cv- 0 2 5 7 JMS -MJD
                                           )
Charles Daniels,                            )    Capital Case
      Warden,                               )
                                           )
            Respondent.                     )

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Assistant Federal Defender Timothy Patrick Kane respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Billie Jerome Allen in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

United States Supreme Court (2009)
United States Court of Appeals for the Third Circuit (2010)
United States Court of Appeals for the Tenth Circuit (2016)
United States District Court for the District of Columbia (2007)
United States District Court for the Eastern District of Pennsylvania (2009)
United States District Court for the Middle District of Pennsylvania (2010)
District of Columbia (2006)
Maryland (2005)
Pennsylvania (2009).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. As an Assistant Federal Defender representing an indigent federal death row inmate, the undersigned respectfully requests that the Court waive the administrative fees typically required to process motions for admission *pro hac vice.*

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 6 | 23 | 2016

Respectfully submitted,

Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
  for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org

## Certificate of Service

I, Timothy Kane, hereby certify that on this 23rd day of June, 2016, I submitted the foregoing motion to appear *pro hac vice* with service via first class mail and email to:

Carrie Constantin
First Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Josh Minkler
United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
  for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826