**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen, )
)
       Petitioner, )
)
v. )   Case No. _____
)
Charles Daniels, )
   Warden, )  **2   16-cv-0257 JMS -MJD**
)
      Respondent. )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Timothy Patrick Kane, counsel

for Petitioner Billie Jerome Allen, for leave to appear and participate *pro hac vice* in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, GRANTED.

Applicant's contact information should be entered as follows:

    Timothy Kane
    Assistant Federal Defender
    Federal Community Defender Office
     for Eastern District of Pennsylvania
    601 Walnut Street, Suite 545 West
    Philadelphia, PA 19106
    (215) 928-0520
    Fax: (215) 928-0826
    Timothy_Kane@fd.org


Dated: _____

                       United States District Court
                         Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail:
    Timothy Kane
    Federal Community Defender Office
    601 Walnut Street, Suite 545 West
    Philadelphia, PA 19106