FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA 16 JUN 24 PM 1:28

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-0257 JMS -MJD |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## AND FOR APPOINTMENT OF UNDERSIGNED COUNSEL

Petitioner Billie Jerome Allen, through counsel, respectfully moves the Court for leave to proceed *in forma pauperis* and for appointment of undersigned counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania, and in support states:

1.    Petitioner is an indigent federal death row inmate incarcerated at the United States Penitentiary in Terre Haute.

2.    In separate documents being filed in this Court on this same date, Petitioner is submitting, through undersigned counsel, a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a motion to hold the matter in abeyance.

3.    Petitioner has been incarcerated since 1997.  He has no assets or sources of income.  Petitioner has been found indigent and has been permitted to proceed *in forma pauperis* by every court to consider his case including the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Eighth Circuit, the United States Supreme Court, and this Court (*see* Case No. 2:13-cv-271, Doc. 10).

4.    Undersigned counsel from the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania have represented Mr. Allen in the Eastern District of Missouri and the Eighth Circuit since 2008.    Counsel's office represents other federal death row inmates in the federal courts including in *United States v. Corley* (N.D. Ind. Case No. 3:02-CR-116), *In re Jackson* (4th Cir. Case No. 16-10), and *Ortiz v. United States* (8th Cir. Case No. 13-3399).    Undersigned counsel are experienced in federal habeas corpus proceedings, are quite familiar with Petitioner's case, and maintain regular contact and consultation with Petitioner.

5.    Undersigned counsel are submitting motions for admission *pro hac vice* to this Court together with this motion.

6.    Petitioner cannot afford private counsel and respectfully requests the appointment of undersigned counsel to represent him in this habeas corpus proceeding.    Appointment of counsel from the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania is in the interests of judicial economy and will ensure that Petitioner's rights are protected in this capital case.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Honorable Court grant his Motion for Leave to Proceed In Forma Pauperis and for Appointment of Undersigned Counsel.  A proposed Order is attached.

Dated: 6 / 23 / 2016

Respectfully submitted,

Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

## Certificate of Service

I, Timothy Kane, hereby certify that on this 23rd day of June, 2016, I submitted the foregoing Motion for Leave to Proceed In Forma Pauperis and for Appointment of Undersigned Counsel with service via first class mail and email to:

Carrie Constantin
First Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Josh Minkler
United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826