**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

*FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 JUN 24  PM 1: 28

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Billie Jerome Allen,      )
                                  )

      Petitioner,     )
                                  )

v.                       )    Case No. 2:16 -cv- 0 2 5 7 JMS -MJD
                                  )

Charles Daniels,      )    Capital Case
      Warden,       )
                                  )

      Respondent.    )

## MOTION TO HOLD CASE IN ABEYANCE

Petitioner, through counsel, respectfully moves the Court to hold this case in abeyance pending the Eighth Circuit's ruling on Petitioner's pending Application to File Second or Successive Petition Pursuant to 28 U.S.C. § 2255. *See* 8th Cir. Case No. 16-2094.

This is a habeas corpus proceeding under 28 U.S.C. § 2241. Petitioner's claim for relief relies on the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015). In order to obtain habeas corpus relief from this Court, Petitioner may need to show that § 2255 is inadequate or ineffective to test the legality of his sentence, and/or that § 2255, as applied, suspended his constitutional privilege of the writ of habeas corpus. Those showings would be more difficult, if not unattainable, if Petitioner filed his § 2241 petition more than a year after *Johnson*, because § 2255's statute of limitations is not generally considered "inadequate or ineffective,"[1] and because Petitioner's application in the Eighth Circuit does not

---

[1] *See generally In re Davenport*, 147 F.3d 605, 608-10 (7th Cir. 1998); *see also, e.g., Charles v. Chandler*, 180 F.3d 753, 758 (6th Cir. 1999) ("The one-year period provided him with a reasonable opportunity to file for relief; and if that time period has expired, it is the result of his own doing and not due to any inadequacy in the statute."); *accord Moreno v. Cozza-Rhodes*, 514 Fed. Appx. 746, 747 (10th Cir. 2013); *Cradle v. U.S. ex rel. Miner*, 290 F.3d 536, 539 (3d Cir. 2002).

appear to toll the limitations period.[2] Petitioner has therefore filed his § 2241 petition in advance of *Johnson*'s one-year anniversary.

Nevertheless, the § 2241 petition raises the same claim that Petitioner seeks to litigate in the Eastern District of Missouri. If the Eighth Circuit grants the pending application, it will obviate the need for Petitioner to seek habeas corpus relief from this Court at this time. Petitioner accordingly intends to request dismissal without prejudice of the § 2241 petition if the Eighth Circuit grants the application.

Under these circumstances, judicial economy will be served, and Petitioner's rights protected, by holding this matter in abeyance until the Eighth Circuit acts. *See Tucker v. Kingston*, 538 F.3d 732, 735 (7th Cir. 2008) (stating, in a capital § 2254 case: "for nearly a decade, we have informed the district courts that whenever good cause is shown and the claims are not plainly meritless, stay and abeyance is the preferred course of action."). Undersigned counsel will promptly inform this Court when the Eighth Circuit decides the pending application.

WHEREFORE, Petitioner respectfully requests that this Court hold this case in abeyance. A proposed Order is attached.

Dated: 6 /23/16

Respectfully submitted,

Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

---

[2] *See Fierro v. Cockrell*, 294 F.3d 674, 680 (5th Cir. 2002).

## Certificate of Service

I, Timothy Kane, hereby certify that on this 23rd day of June, 2016, I submitted the foregoing motion to hold case in abeyance with service via first class mail and email to:

Carrie Constantin
First Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Josh Minkler
United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826