# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| Charles Daniels, | ) | **16-cv-0257 JMS -MJD** |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER HOLDING CASE IN ABEYANCE

This cause has come before the Court upon Petitioner's motion to hold the case in abeyance, and the Court being fully advised, it is now ORDERED that:

The motion be, and hereby is, GRANTED; and

Petitioner's counsel shall inform the Court within 10 days of the Eighth Circuit's decision on his pending Application to File Second or Successive § 2255 Petition.

Dated: _____            _____