UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| CHARLES DANIELS Warden, United States | ) | |
| Penitentiary -- Terre Haute, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This cause has come before the Court upon the motion of Eric John Montroy, counsel for

Petitioner Billie Jerome Allen, for leave to appear and participate pro hac vice in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, **GRANTED**.

Applicant's contact information should be entered as follows:

Eric Montroy
Assistant Federal Defender
Federal Community Defender Office
for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Eric_Montroy@fd.org

If not already registered with the Court's Electronic Filing System, Eric Montroy is

ordered to register **within ten (10) days** of entry of this order.

Dated:  13 JUL 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail:

Eric Montroy
Federal Community Defender Office
for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106