UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                             )
                                                 )
                    Petitioner,                  )
                                                 )
          vs.                                    )          No. 2:16-cv-00257-JMS-MJD
                                                 )
CHARLES  DANIELS Warden, United States           )
Penitentiary -- Terre Haute,                     )
                                                 )
                    Respondent.                  )

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This cause has come before the Court upon the motion of Timothy Patrick Kane, counsel

for Petitioner Billie Jerome Allen, for leave to appear and participate pro hac vice in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, **GRANTED**.

Applicant's contact information should be entered as follows:

Timothy Patrick Kane
FEDERAL COMMUNITY DEFENDER OFFICE
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org

If not already registered with the Court's Electronic Filing System, Timothy Patrick Kane

is ordered to register **within ten (10) days** of entry of this order.

Dated:  13 JUL 2016

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail:

Timothy Patrick Kane
FEDERAL COMMUNITY DEFENDER OFFICE
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106