**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| BILLIE ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:16-cv-0257-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Granting Request to Proceed *In Forma Pauperis*
and Granting Motion for Appointment of Counsel**

**I.**

The petitioner's request to proceed *in forma pauperis* [dkt 4] is **granted.**

**II.**

The petitioner's motion for the appointment of counsel [dkt 4] is **granted.**

Counsel from the Capital Habeas Unit of the Federal Community Defender Office for the

Eastern District of Pennsylvania are **appointed** to represent the petitioner, Billie Jerome Allen.

This appointment is authorized by 18 U.S.C. § 3006A(a)(2)(B), among other statutes.

IT IS SO ORDERED.

Date: ___July 20, 2016_____

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel