## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| CHARLES DANIELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ENTRY AND NOTICE

**I.**

The Eighth Circuit Court of Appeals ruled in No. 16-2094 on May 26, 2016 and in doing so has denied the petitioner's application pursuant to 28 U.S.C. § 2255(h) to file a second or successive motion for relief pursuant to 28 U.S.C. § 2255. The mandate was issued on the date the Order was issued.

Accordingly, the petitioner's motion to hold case in abeyance [dkt 5] is **denied.**

**II.**

The petitioner shall have **through August 22, 2016** in which to show that his habeas claim(s) may properly be asserted pursuant to the savings clause of 28 U.S.C. § 2255(e). *Montana v. Cross*, No. 14-3313, 2016 WL 3910054, at *6 (7th Cir. July 19, 2016).

IT IS SO ORDERED.

Date:  August 1, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel