**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COURT ORDER OF AUGUST 1, 2016**

Petitioner, through counsel, respectfully requests a 30-day extension of time to respond to the Court's order of August 1, 2016.

On July 26, 2016, a divided panel of the Eighth Circuit denied Mr. Allen's application to file a second or successive petition under § 2255. On the same date, the Eighth Circuit also denied the application of Norris Holder, Mr. Allen's co-defendant in the underlying criminal case. *See* 8th Cir. Case No. 16-2207. The court issued similar opinions in both cases setting forth the same reasons for its denials.

On August 1, 2016, this Court directed Petitioner to file a response, by August 22, 2016, showing "that his habeas claim(s) may properly be asserted pursuant to the savings clause of 28 U.S.C. § 2255(e)." Dkt. 10.

On August 8 and 9, 2016, Mr. Holder, through counsel, sought en banc review and moved to recall the mandate in the Eighth Circuit. Mr. Holder's submissions argue, inter alia, that, under the unique circumstances of this case, en banc rehearing is appropriate despite 28

1

U.S.C. § 2244(b)(3)(E) and, in any event, sua sponte en banc rehearing is not precluded by § 2244.

Pursuant to Fed. R. App. P. 35(c) and 40(a), a 45-day time limit applies for en banc rehearing in civil cases involving the United States.  Undersigned counsel is researching and consulting with Mr. Allen regarding the possibility of pursuing additional relief from the Eighth Circuit in that time frame, i.e., before September 8, 2016.

Under these circumstances, a 30-day extension for Petitioner to respond to this Court's Order would eliminate the possibility that two courts were considering Petitioner's claim at the same time.  This short extension of time is therefore appropriate under the unique and complicated circumstances of this capital case.

Undersigned counsel hereby certifies that this extension request is not premised on an intent to cause undue delay, and is made in good faith.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Court grant a

30-day extension, until September 21, 2016, to respond to the Court's Order of August 1, 2016.

A proposed Order is attached.

Respectfully submitted,


_/s/ Timothy Kane_____
Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

## Certificate of Service

I, Timothy Kane, hereby certify that on this 18th day of August, 2016, I provided copies of the foregoing motion via email to:

Carrie Constantin
First Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Josh Minkler
United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

_/s/ Timothy Kane_____
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826