### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 2:16-cv-00257-JMS-MJD |
| Charles Daniels, Warden, | ) | Capital Case |
| Respondent. | ) | |

### ORDER

This cause has come before the Court upon Petitioner's motion for an extension of time to file a response to the Court's order of August 1, 2016, and the Court being fully advised, it is now ORDERED that:

The motion be, and hereby is, GRANTED; and

Petitioner's response to the Court's order of August 1, 2016, shall be filed on or before September 21, 2016.

Dated: August 18, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to counsel of
record electronically
registered.