**Exhibit 3**

Petitioner's Response to Court Order of August 1, 2016
*Allen v. Daniels*, No. 2:16-cv-00257-JMS-MJD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-963 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that movant's motion to vacate is **DENIED AND DISMISSED**, without prejudice, because movant has not obtained permission from the United States Court of Appeals for the Eighth Circuit to bring the motion in this Court.   *See* 28 U.S.C. § 2255(h).

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability.   *See* 28 U.S.C. § 2253.

Dated this 22nd day of July, 2016

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE