**Exhibit 11**

Petitioner's Response to Court Order of August 1, 2016
*Allen v. Daniels*, No. 2:16-cv-00257-JMS-MJD

FILED

JUN 02 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES E. CAVER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 15-73779<br><br>D.C. No. 5:96–cr-00008-RT-4<br>Central District of California,<br>Riverside<br><br>ORDER |

Before:     REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

The stay of proceedings is lifted in light of the Supreme Court's decision in *Welch v. United States*, 136 S. Ct. 1257 (2016).

Petitioner's unopposed motion for leave to file an amended application for authorization to file a second or successive 28 U.S.C. § 2255 motion is granted.

Petitioner's amended application for authorization to file a second or successive 28 U.S.C. § 2255 motion makes a prima facie showing under *Johnson v. United States*, 135 S. Ct. 2551 (2015).  The application is granted.  *See Welch*, 136 S. Ct. at 1264-68 (*Johnson* announced a new substantive rule that has retroactive effect in cases on collateral review).

The district court is authorized to address the identical protective section 2255 motion protectively filed in Central District of California case number 5:96-

cr-00008-RT, on May 19, 2016.  The district court may wish to stay proceedings

pending this court's decisions in 15-72559, *Gardner v. United States*, 15-73302,

*Jacob v. United States*, and 14-10080, *United States v. Begay*.

Petitioner's unopposed motion for appointment of counsel is denied without

prejudice to being renewed in the district court.

The Clerk shall serve a copy of this order and petitioner's application

directly on the chambers of the Honorable George H. King.

No further filings will be entertained in this case.

15-73779