IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

BILLIE ALLEN,

       Petitioner,

2016 DEC -1  PM 3: 52

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

v

2:16-cv-257-JMS-MJD

WARDEN USP TERRE HAUTE,

       Respondent.

_____

**PETITION FOR EMERGENCY INJUNCTION/RESTRAINING ORDER**
_____

CAPITAL CASE
DEATH PENALTY

BILLIE ALLEN
26901-044
USP Terre Haute
P.O. Box 33
Terre Haute, Indiana
          47808

At or about 11/22/16 the Staff (SIS) here at the United States Penitentiary in Terre Haute, Indiana confiscated Petitioner(s) property with the expressed intentions of violating Petitioner(s) right to keep secret all inmate/client confidential information.

Due to Petitioners current situation ( Post conviction Death Sentence ) violation of the attorney/client priviledge could, and most likely will end in deadly consequence.

Petitioner have no objection to staff conducting an investigation into matters that they may deem important to their security interest, but Petitioner strenuously object to officials reading, copying and/or distributing any and all attorney/client priviledge information, to include, but is not limited to rough notes, motions and/or anything else that will enlighten the government to defense strategies and/or anything that would give the government an unfair advantage.

Petitioners legal material should be of no interest to staff, so by them illegally and unconstitutionally confiscating such material it only proves that their intentions are malicious.

Furthermore, I'm currently in the process of composing a cert. petition to the Supreme Court and I'm now unable to fulfill that obligation because that too is being held unconstitutionally.

Petitioner also ask that this Court make staff reveal what if any legal material that they copied and possibly turned over to the government. Because this matter is time sensitive and the violation(s) of Petitioner constitutional rights are ongoing Petitioner humbly ask that this Court instruct Respondent to release any and all legal material back to Petitioner immediately, and reveal to Petitioner and this Court everything that they confiscated, copied and/or made available to others.

Respectfully Submitted

Billie Allen
26901-044
USP Terre Haute
ZP.O. ZBox 33
Terre Haute, Indiana
                    47808