**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                     )
                                                  )
                          Petitioner,             )
        vs.                                       )          No. 2:16-cv-0257-JMS-MJD
                                                  )
CHARLES DANIELS, Warden,                          )
                                                  )
                          Respondent.             )

**ENTRY AND NOTICE**

        Petitioner filed a pro se motion for emergency injunction/restraining order on December 1, 2016. [Dkt. 14.] However, the motion contains no suggestion that the proper development of the present case is being impeded by the activities of staff at the prison where the petitioner is confined, and petitioner is represented by counsel.  The motions is therefore **DENIED WITHOUT PREJUDICE.**  Should petitioner, by counsel, wish to file any motion related the allegations asserted by petitioner, he shall have **twenty (20) days** in which to file any such motion.  The motion must contain both the factual and legal basis for the relief which is sought.

        Petitioner is reminded that he is represented by counsel. Any and all future filings by the petitioner in this case must be done through his counsel of record.  Petitioner's counsel are directed to forward a copy of this order to Petitioner.

        IT IS SO ORDERED.

Date:  _____12/2/2016_____

                                                  Hon. Jane Magnus-Stinson, Chief Judge
                                                  United States District Court
                                                  Southern District of Indiana

Distribution:

Electronically Registered Counsel