**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

BILLIE ALLEN,                                )
                                             )
                    Petitioner,              )
       vs.                                   )        No. 2:16-cv-0257-JMS-MJD
                                             )
CHARLES DANIELS, Warden,                     )
                                             )
                    Respondent.              )

**Entry and Order to Show Cause**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.     The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.     The respondent shall have **through January 10, 2017** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

       IT IS SO ORDERED.

Date:   12/2/2016

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

Electronically Registered Counsel