UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                 )
                                     )
          Petitioner,                )          CAUSE NO. 2:16-cv-00257-JMS-MJD
                                     )
     v.                              )
                                     )
CHARLES DANIEL, WARDEN,              )
                                     )
          Respondent.                )

## **APPEARANCE**

Comes now Josh J. Minkler, United States Attorney for the Southern District

of Indiana, and enters his appearance as counsel for the Warden, Terre Haute

Prison.

Respectfully Submitted,

JOSH J. MINKLER
United States Attorney

By:     s:/ James R. Wood
        James R. Wood
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Bob.Wood@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The Notice of this filing will be sent to the following parties by operation of

the Court's electronic filing system.   Parties may access this filing through the

Court's system.

Timothy Kane
Philadelphia Federal Community Defender's Office
Timothy_Kane@fd.org

Eric Montroy
Philadelphia Federal Community Defender's Office
Eric_Montroy@fd.org

By:     s/James R. Wood
        James R. Wood
        Assistant United States Attorney