UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                  )
                                      )
            Petitioner,               )       CAUSE NO. 2:16-cv-00257-JMS-MJD
                                      )
      v.                              )
                                      )
CHARLES DANIEL, WARDEN,               )
                                      )
            Respondent.               )

**MOTION FOR STAY OF PROCEEDINGS
AND BRIEFING SCHEDULE**

The United States, by counsel, moves for a stay and briefing schedule that is

consistent with those set by this Court in the majority of the *Johnson* claims.   In

support of its motion, the United States advises the Court as follows:

1.      On June 24, 2016, Allen filed a motion to vacate, set aside, or correct

his sentence pursuant to 28 U.S.C. § 2255 claiming his sentencing guidelines range

was improperly calculated in light of *Johnson v. United States*, 135 S.Ct. 2551

(2015).   Docket No. 1.

2.      On December 2, 2016, this Court ordered the United States to respond

to Allen's § 2255 motion.   Docket No. 16.

3.      Allen was sentenced as a Career Offender.

4.      On June 26, 2015, the United States Supreme Court held the residual

clause of the Armed Career Criminal Act unconstitutional. *Johnson*, 135 S.Ct. 2551.

Subsequently, the United States Supreme Court held that *Johnson* announces a

new substantive rule of constitutional law that the Supreme Court has categorically

made retroactive to ACCA defendants. *Welch v. United States*, 136 S.Ct. 1257 (2016).   It has yet to be decided whether *Johnson* applies retroactively to the definition of "crime of violence" located in the career offender guideline at U.S.S.G. § 4B1.1.   It has also yet to be decided whether *Johnson* applies prospectively to those provisions.

5.     The question is currently pending before the United States Supreme Court and in fact, the Supreme Court recently heard oral argument in *Beckles v. United States*, No. 15-8544, which will determine whether and how *Johnson* applies to the guidelines.   The ultimate decision in *Beckles* is very likely to speak to issues at the center of this case.

**WHEREFORE**, the United States requests that the Court enter an order setting this case on the same schedule as the majority of those cases pending under *Johnson* and extend the briefing schedule to March 1, 2017.

Respectfully Submitted,

JOSH J. MINKLER
United States Attorney

By:   s/James R. Wood
      James R. Wood
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Bob.Wood@usdoj.gov

**CERTIFICATE OF SERVICE**

The Notice of this filing will be sent to the following parties by operation of

the Court's electronic filing system.    Parties may access this filing through the

Court's system.

Timothy Kane
Philadelphia Federal Community Defender's Office
Timothy_Kane@fd.org

Eric Montroy
Philadelphia Federal Community Defender's Office
Eric_Montroy@fd.org

By:    s/James R. Wood
James R. Wood
Assistant United States Attorney