UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | CAUSE NO. 2:16-cv-00257-JMS-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES DANIEL, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter having come before the Court on the United States' motion for enlargement of time, said motion being in the following words and figures, to-wit:

[H.I.]

And the Court, being duly advised in the premises, now GRANTS the motion for an extended briefing schedule.   The petitioner shall have through March 1, 2017, in which to file a brief in support of the § 2255 motion.   The United States shall have forty-five (45) days in which to show cause why the relief sought should not be granted.   The petitioner shall have twenty-one (21) days after service of the response in which to reply.

So ORDERED.

DATED: _____                     _____
                                      Judge, United States District Court
                                      Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.