**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen,                                )
                                                    )
            Petitioner,                             )
                                                    )
v.                                                  )          Case No. 2:16-cv-00257-JMS-MJD
                                                    )
Charles Daniels,                                    )
       Warden,                                      )
                                                    )
            Respondent.                             )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file brief in support of his petition is GRANTED.

Petitioner shall file his memorandum in support of his § 2241 petition on or before May 1, 2017. The United States shall then have forty-five (45) days to file its response, and Petitioner shall then have twenty-one (21) days to file a reply.

So ORDERED.


DATED: _____                    _____
                                          Hon. Jane Magnus-Stinson, Chief Judge




Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.

## Certificate of Service

I, Timothy Kane, hereby certify that on this 23rd day of February, 2017, I filed the foregoing proposed order via the Court's electronic filing system, which system will serve a copy of the order upon government counsel:

James R. Wood
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826