## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Billie Jerome Allen,                        )
                                            )
              Petitioner,                    )
                                            )
v.                                          )     Case No. 2:16-cv-00257-JMS-MJD
                                            )
Charles Daniels,                            )     Capital Case
        Warden,                             )
                                            )
              Respondent.                    )

## MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF IN SUPPORT OF PETITION

Petitioner, through counsel, respectfully requests a 60-day extension of time to file a memorandum in support of his § 2241 petition, and states:

1.     On June 24, 2016, Mr. Allen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.

2.     On August 1, 2016, the Court directed Petitioner to show why his claim was properly asserted under § 2241, and Petitioner filed a response to the order on September 21, 2016.  Dkt. Nos. 10, 13.

3.     On December 2, 2016, the Court issued an order to show cause why the petition should not be granted, and directed the government to file a response by January 10, 2017.  Dkt. No. 16.

4.     On January 10, 2017, the government moved to stay the briefing schedule until March 1, 2017, in light of the Supreme Court's pending resolution of *Beckles v. United States*, in which the high Court was likely to decide issues relevant to the pending petition.  Dkt. No. 18.

1

5.      On January 10, 2017, this Court extended the briefing schedule and directed Petitioner to file a brief in support of his petition by March 1, 2017.  Dkt. No. 19.  On February 23, 2017, the Court further extended the briefing schedule to May 1, 2017, while the parties awaited the Supreme Court's decisions in *Beckles* and *Sessions v. Dimaya*, No. 15-1498.  Dkt. No. 22.

6.      On March 6, 2017, the Supreme Court decided *Beckles* without addressing the substantive issues that are pertinent in this case.  *See Beckles v. United States*, 137 S. Ct. 886 (2017).  The Supreme Court has not yet decided *Dimaya*.

7.      Because *Dimaya* will inform the parties' briefing and the Court's resolution of the legal questions in this case, Petitioner respectfully submits that a further extension of time is warranted to await the Supreme Court's decision.  With the end of the Supreme Court's term in June, an extension until June 30, 2017, is appropriate.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Court grant a 60-day extension, until June 30, 2017, to file a brief in support of his petition.

Respectfully submitted,

/s/ Timothy Kane
Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

## Certificate of Service

I, Timothy Kane, hereby certify that on this 1st day of May, 2017, I filed the foregoing motion via the Court's electronic filing system, which system will serve a copy of the motion upon government counsel:

James R. Wood
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826