**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen,                     )
                                         )
              Petitioner,                )
                                         )
v.                                       )        Case No. 2:16-cv-00257-JMS-MJD
                                         )
Charles Daniels,                         )
        Warden,                          )
                                         )
              Respondent.                )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file brief in support of his petition dkt. [23] is GRANTED.

Petitioner shall file his memorandum in support of his § 2241 petition on or before June 30, 2017. The United States shall then have forty-five (45) days to file its response, and Petitioner shall then have twenty-one (21) days to file a reply.

So ORDERED.

Date: 5/2/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.