## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| Charles Daniels, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file brief in support of his petition is GRANTED, dkt [25].

Petitioner shall file his memorandum in support of his § 2241 petition on or before December 29, 2017.  The United States shall then have forty-five (45) days to file its response, and Petitioner shall then have twenty-one (21) days to file a reply.

So ORDERED.


Date: 6/29/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

All electronically registered counsel of record via CM/ECF