**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF IN SUPPORT OF PETITION**

Petitioner, through counsel, respectfully requests a further extension of time to file a memorandum in support of his § 2241 petition, and states:

1.      On June 24, 2016, Mr. Allen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.

2.      On August 1, 2016, the Court directed Petitioner to show why his claim was properly asserted under § 2241, and Petitioner filed a response to the order on September 21, 2016.  Dkt. Nos. 10, 13.

3.      On December 2, 2016, the Court issued an order to show cause why the petition should not be granted, and ordered the government to respond by January 10, 2017.  Dkt. No. 16.

4.      On January 10, 2017, the government moved to stay the briefing schedule until March 1, 2017, in light of the Supreme Court's pending resolution of *Beckles v. United States*, in which the high Court was likely to decide issues relevant to the pending petition.  Dkt. No. 18.

5.      On January 10, 2017, this Court extended the briefing schedule and directed Petitioner to file a brief in support of his petition by March 1, 2017.  Dkt. No. 19.  On February

1

23, 2017, the Court further extended the briefing schedule to May 1, 2017, while the parties awaited the Supreme Court's decisions in *Beckles* and *Sessions v. Dimaya*, No. 15-1498. Dkt. No. 22.

6.      On March 6, 2017, the Supreme Court decided *Beckles* without addressing the substantive issues that are pertinent in this case. *See Beckles v. United States*, 137 S. Ct. 886 (2017). On May 2, 2017, this Court further extended the briefing schedule to June 30, 2017, while the parties awaited the Supreme Court's decision in *Dimaya*. Dkt. No. 24.

7.      On June 26, 2017, the Supreme Court ended its Term and ordered that *Dimaya* will be reargued and decided next Term. *See Dimaya*, No. 15-1498, Order (June 26, 2017).

8.      On June 29 and December 27, 2017, this Court further extended the briefing schedule, currently due March 29, 2018, because *Dimaya* was not yet decided. Dkt. Nos. 26, 28.

9.      *Dimaya* remains pending in the Supreme Court.

10.     Because *Dimaya* will inform the parties' briefing and the Court's resolution of the legal questions in this case, and because the Court has already granted extensions to await the Supreme Court's decision in *Dimaya*, Petitioner respectfully submits that a further extension of time is warranted to await the Supreme Court's decision. Petitioner therefore respectfully requests an extension of ninety days to file a memorandum in support of his § 2241 petition.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Court grant an extension, until June 27, 2018, to file a brief in support of his petition.

Respectfully submitted,

/s/ Timothy Kane
Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 22nd day of March, 2018, I filed the foregoing

motion via the Court's electronic filing system, which system will serve a copy of the motion

upon government counsel:

James R. Wood
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826