## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Billie Jerome Allen,                           )
                                               )
                    Petitioner,                )
                                               )
v.                                             )          Case No. 2:16-cv-00257-JMS-MJD
                                               )
Charles Daniels,                               )
         Warden,                               )
                                               )
                    Respondent.                )

## ORDER

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file brief in support of his petition is GRANTED [29].

Petitioner shall file his memorandum in support of his § 2241 petition on or before June 27, 2018. The United States shall then have forty-five (45) days to file its response, and Petitioner shall then have twenty-one (21) days to file a reply.

So ORDERED.

Date: 3/29/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.