UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLE JEROME ALLEN,                )
                                   )
        Petitioner,                )
                                   )  Cause No.: 2:16-cv-00257-JMS-MJD
                                   )
    v.                             )
                                   )
CHARLES DANIELS, *Warden*,         )
                                   )
        Respondent.                )

MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and James R. Wood, Assistant United States Attorney, moves for an extension of time of sixty (60) days, to and including October 12, 2018, to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

In support of its motion, the Respondent advises as follows:

1.     On June 27, 2018, Petitioner Billie Jerome Allen filed a brief in support of his Petitioner For A Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Dkt. 31.)  This Court ordered the Respondent to file a response within forty-five days of the filing of the brief in support of the petition. (Dkt. 30.) Thus, the Respondent's response is due August 13, 2018.

2.     Additional time is required to gather information and to fully and completely respond to the § 2241 Petition and brief in support.

3.     Counsel for the Respondent requires an additional sixty (60) days to prepare, review, and finalize the government's response.

4.     No prior extensions of time have been requested by the Respondent.  This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondent respectfully prays that he be granted up to and including October 12, 2018, to respond to Allen's § 2241 Petition.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:    s/ James R. Wood
       James R. Wood
       Chief, Appeals Division
       Office of the United States Attorney
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204-3048
       Telephone: (317) 226-6333
       Fax: (317) 226-6125
       E-mail: Bob.Wood@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 13, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James R. Wood
James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Bob.Wood@usdoj.gov