UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BILLE JEROME ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Cause No.: 2:16-cv-00257-JMS-MJD |
| ) | |
| v. ) | |
| ) | |
| CHARLES DANIELS, *Warden*, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on the Respondent's motion for a sixty

(60) day extension of time to respond to the Petitioner's Petition for a Writ of

Habeas Corpus Under 28 U.S.C. § 2241 and brief in support.

The Court, being duly advised in the premises, now GRANTS the

motion finding it to be made for good cause.

The Respondent shall have to and including October 12, 2018, to file his

response to the § 2241 petition.

So ORDERED this date: _____.


_____
Hon. Jane Magnus Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification