UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BILLE JEROME ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) Cause No.: 2:16-cv-00257-JMS-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES DANIELS, *Warden*, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court on the Respondent's motion for a sixty

(60) day extension of time to respond to the Petitioner's Petition for a Writ of

Habeas Corpus Under 28 U.S.C. § 2241 and brief in support.

The Court, being duly advised in the premises, now GRANTS the

motion [32] finding it to be made for good cause.

The Respondent shall have to and including October 12, 2018, to file his

response to the § 2241 petition.

So ORDERED.

Date: 8/14/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification