UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                )
                                     )
            Petitioner,              )
                                     )
      v.                             ) Case No.   2:16-cv-00257-JMS-MJD
                                     )
CHARLES DANIEL, WARDEN,              )
                                     )
            Respondent.              )

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern

District of Indiana, by Brian Reitz, Assistant United States Attorney for the

Southern District of Indiana, and enters his appearance as counsel for the

Respondent.


                              Respectfully submitted,

                              JOSH J. MINKLER
                              United States Attorney

                        By:   s/ Brian Reitz
                              Brian Reitz
                              Assistant United States Attorney
                              Office of the United States Attorney
                              10 W. Market St., Suite 2100
                              Indianapolis, Indiana 46204-3048
                              Telephone: (317) 226-6333
                              Fax: (317) 226-6125
                              E-mail: Brian.Reitz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 11, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.   Parties may access this filing through the court's system

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov

2