IN THE SOUTHERN DISTRICT OF INDIANA
DISTRICT COURT

BILLIE ALLEN, (pro se)

-v-        Petitioner

THE UNITED STATES,

Respondent

MOTION TO SEEK LEAVE TO PROCEED PRO SE
AND IN FORMA PAUPERIS TO FILE A SECOND
OR SUCCESSIVE PETITION, PURSUANT TO
McCoy v Louisiana, 138 S.Ct 1500 (2018)

2:16-CV-257- Jms MJD

Comes now, Billie Allen, pro se, seeking leave to file an application for a second or successive petition for relief, pursuant to the new rule of law announced in McCoy v Louisiana, 138 S.Ct. 1500 (2018), pro se.

This motion also ask permission to proceed in forma pauperis, under the same circumstances of my being indigent, as was found by this Court in past filings. Because of my couninued poverty.

Respectfully submitted,

Billie Allen
26901-044
P.O. BOX 33
Terre Haute, IN.
47808

3/18/19