Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

RECEIVED

MAR 2 1 2019

U.S. CLERK'S OFFICE

INDIANAPOLIS IN 460

19 MAR 2019 PM 5 L

UNITED STATES MARSHA
PACKAGE SCREENED BY

TO: Clerk of Court
United States Courthouse
921 Ohio Street
Terre Haute, IN. 47801

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail

47807-373899