UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                    )
                                        )
                    Petitioner,         )
                                        )
        v.                              )        No. 2:16-cv-00257-JMS-MJD
                                        )
CHARLES DANIELS,                        )
                                        )
                    Respondent.         )

**Entry Discussing Motion to File a Second or Successive Habeas Petition**

Petitioner Billie Jerome Allen, who is represented by counsel in this action, filed a pro se motion for leave to file a second or successive habeas petition. The Court treats Mr. Allen's request as one to file a second or successive § 2255 motion, and as such, his motion, dkt. [38], is **denied**. Only the appropriate court of appeals can authorize a petition to file a second or successive § 2255 motion. *See* 28 U.S.C. § 2255(h). Relatedly, there is no basis for this Court to grant or deny Mr. Allen *in forma pauperis* status as it relates to his pursuit of a second or successive § 2255 motion.

The Court recommends that Mr. Allen discuss this issue with his counsel, and he is reminded that all future filings in this action must be made through counsel.

**IT IS SO ORDERED.**

Date: 4/8/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Timothy Patrick Kane
FEDERAL COMMUNITY DEFENDER OFFICE
timothy_kane@fd.org

Eric John Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
eric_montroy@fd.org

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov