## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| Charles Daniels, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### PETITIONER'S UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE SUPPLEMENTAL RESPONSE

Petitioner, through counsel, respectfully requests a 30-day extension of time to file his response to the supplemental brief filed by Respondent on August 9, 2019.  In support of this unopposed motion, Petitioner states:

1. On June 24, 2016, Mr. Allen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.

2. On December 2, 2016, the Court issued an order to show cause why the petition should not be granted, and ordered the government to respond by January 10, 2017.  Dkt. No. 16.

3. The Court subsequently stayed the briefing schedule pending the Supreme Court's decisions in *Beckles v. United States*, 137 S. Ct. 886 (2017), *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), and *United States v. Davis*, 139 S. Ct. 2319 (2019).

4. On June 26, 2019, this Court lifted the stay and ordered that Respondent file a supplemental brief addressing Davis.  Dkt. No. 40.  Respondent filed his supplemental brief on August 9, 2019.  Dkt. No. 41.  Petitioner's response in currently due on September 6, 2019.

1

5.      Undersigned counsel requests this extension in order to complete a professionally appropriate response to the Government's new arguments by the current deadline. Counsel has significant competing duties in other capital cases, including an oral argument in the Pennsylvania Supreme Court on September 11.

6.      Petitioner notes that the Government obtained a 30 day extension of time in which to file its similar supplemental brief in the case of *Paul v. Superintendent*, No. 2:13-cv-00304-JMS-MJD, which is also pending in this Court. *Paul*, Order of Aug. 7, 2019 [Filing No. 229]. Petitioner submits that it would be appropriate and helpful both for Petitioner and for the Court to have the opportunity to review the Government's filing in *Paul*.

7.      Counsel for Petitioner conferred with counsel for Respondent, Assistant United States Attorney Brian Reitz, who indicated that Respondent does not oppose this extension request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Court grant a 30-day extension, until October 7, 2019, to file a response to Respondent's supplemental brief.

Respectfully submitted,

/s/ Timothy Kane
Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 30th day of August, 2019, I filed the foregoing motion via the Court's electronic filing system, which system will serve a copy of the motion upon government counsel:

Brian Reitz
James R. Wood
Assistant United States Attorneys
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826