**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen,        )
                            )
            Petitioner,     )
                            )
v.                          )        Case No. 2:16-cv-00257-JMS-MJD
                            )
Charles Daniels,            )
        Warden,             )
                            )
            Respondent.     )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file his brief in response to the government's supplemental brief is GRANTED.

Petitioner shall file his responsive supplemental brief on or before October 7, 2019.

So ORDERED.

DATED: _____        _____
                              Hon. Jane Magnus-Stinson, Chief Judge

Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.

## Certificate of Service

I, Timothy Kane, hereby certify that on this 30th day of August, 2019, I filed the foregoing proposed order via the Court's electronic filing system, which system will serve a copy of the order upon government counsel:

Brian Reitz
James R. Wood
Assistant United States Attorneys
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826