**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

Billie Jerome Allen,                          )
                                              )
                    Petitioner,               )
                                              )
v.                                            )        Case No. 2:16-cv-00257-JMS-MJD
                                              )
Charles Daniels,                              )
         Warden,                              )
                                              )
                    Respondent.               )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file his brief in response to the government's supplemental brief, dkt. [44], is GRANTED.

Petitioner shall file his responsive supplemental brief on or before November 6, 2019.

So ORDERED.

Date: 10/7/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.