

Billie Allen
26901-044
P.O. Box 33
Terre Haute, IN.
47808

Legal Mail

To: The Office of The Clerk of The U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN. 46204

INDIANAPOLIS IN 460
06 DEC 2019 PM 5 L

RECEIVED

DEC 09 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

INMATE
IDENTIFICATION
CONFIRMED