**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00257-JMS-MJD |
| | ) | |
| Charles Daniels, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter having come before the Court on Petitioner's motion to alter or amend the

Court's judgment, and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion to alter and amend the judgment of the Court is GRANTED.


DATED: _____          _____

Hon. Jane Magnus-Stinson, Chief Judge



Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.

**Certificate of Service**

I, Timothy Kane, hereby certify that on this 15th day of June, 2020, I filed the foregoing proposed order via the Court's electronic filing system, which system will serve a copy of the order upon government counsel:

Brian Reitz
James R. Wood
Assistant United States Attorneys
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826