## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Billie Jerome Allen,

      Petitioner,

v.

Charles Daniels,
      Warden,

      Respondent.

Case No. 2:16-cv-00257-JMS-MJD

Capital Case

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner-Appellant, Billie Jerome Allen, through counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's May 18, 2020, Order and judgment (Docket No. 48) denying his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. section 2241; and from this Court's October 9, 2020, Order (Docket No. 51) denying Petitioner's Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59; and from each and every subsidiary adverse ruling and finding forming the bases for said orders and judgment.

1

Respectfully submitted,

/s/ Timothy Kane
Timothy Kane
Eric Montroy
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Timothy_Kane@fd.org
Eric_Montroy@fd.org

## Certificate of Service

I, Timothy Kane, hereby certify that on this 4th day of December, 2020, I filed the foregoing notice of appeal via the Court's electronic filing system, which system will serve a copy of the motion upon government counsel:

Brian Reitz
James R. Wood
Assistant United States Attorneys
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Timothy Kane
Timothy Kane
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826