# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | | Office of the Clerk |
|---|---|---|
| United States Courthouse | | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | | |

## NOTICE OF ISSUANCE OF MANDATE

May 18, 2021

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
104 U.S. Courthouse
Terre Haute, IN 47807

|  | BILLIE JEROME ALLEN, |
|---|---|
|  | Petitioner - Appellant |
| No. 20-3361 | v. |
|  | T. J. WATSON, Warden, |
|  | Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00257-JMS-MJD |
| Southern District of Indiana, Terre Haute Division |
| District Judge Jane Magnus-Stinson |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                        F.R.A.P. 42(b)

STATUS OF THE RECORD:                                no record to be returned

form name: **c7_Mandate**    (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 18, 2021

|  |  |
|---|---|
| No. 20-3361 | BILLIE JEROME ALLEN,<br>     Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>     Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:16-cv-00257-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson ||

The following are before the court:

1. **CORRECTTED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO F.R.A.P. 42(b)**, filed on May 12, 2021, by counsel for the appellant

2. **ACKNOWLEDGEMENT OF ATTONREY'S MOTION FOR DISMISSAL AND CONSENT TO THE DISMISSAL OF THE APPEAL**, filed on May 12, 2021, by counsel for the appellant.

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit